FILED
DISTRICT COURT OF GUAM

NOV - 7 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                Plaintiff,<br><br>vs.<br><br>SO UNE CHOI<br>                Defendant. | CRIMINAL CASE NO. 03-00061-001 |

**Re: Report and Order Terminating Term of Supervised Release**

On October 29, 2003, So Une Choi was sentenced in the District Court of Guam to credit for time served (133 days) followed by two years supervised release for the offense, Misuse of a Passport, in violation of 18 U.S.C. § 1544. On that same day, Ms. Choi was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On November 4, 2003, Ms. Choi was deported to Korea by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Ms. Choi's term of supervised release expired on October 28, 2005. Therefore, it is recommended that she be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this ____ day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Frederick Black, AUSA
    William Bischoff, Defense Counsel
    Guam Bureau of Immigration and Customs Enforcement
    File

ORIGINAL

*******************************************************************************

## ORDER OF THE COURT

IT IS SO ORDERED this day 7th of November 2005, that So Une Choi be discharged from supervised release and that the proceeding in the case be terminated.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM