ORIGINAL

ChoiSoUne.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00061 |
| Plaintiff, ) | |
| vs. ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE |
| SO UNE CHOI ) aka SO JIN CHOI, ) | [18 U.S.C. § 3573] |
| Defendant. ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant SO UNE CHOI aka SO JIN CHOI and in support hereof, states as follows:

1. On October 29, 2003, sentence was imposed by this Court against Defendant SO UNE CHOI aka SO JIN CHOI. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $100.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, SO UNE CHOI aka SO JIN CHOI, was deported to Korea on November 4, 2003. See Exhibit "A."

//

3. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant SO UNE CHOI aka SO JIN CHOI.

DATED this 25th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
DAXL021                 DACS CASE CLOSURE LOOK SCREEN              DATE: 01/03/2006
                                                                   TIME: 01:17:06

            A-NUM : 076282841          LAST-NAME : CHOI
            NATLTY: KOREA              FIRST-NAME: SO JIN

   DATE-DOCKET-CLEARED: 11/04/2003     DEPART-CLEARED-STAT: 6

        TRANSFER-TO-DCO:               DATE-DOCKET-TRANSFER:

        DATE-DEPARTED: 11/04/2003           PORT-DEPARTED: AGA

        DEPART-COUNTRY: KOREA          FINAL-CHARGE: R1B    EXPENSE-CODE: 5




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```


EXHIBIT A